**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CASE NO. 23-CR-133 JMF**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FABIOLA CINO
~~LARS WINKELBAUER, et al.,~~

    Defendants.

_____/

**ORDER CLARIFYING $100,000 SECURITY OF**
**PROPERTY FOR BOND CONDITION**

THIS CAUSE came before the Court upon Defendant, Fabiola Cino's Unopposed Letter Motion for Clarification of One of the Bond Conditions to Secure the $100,000 Cash or Property. The Court having considered the record, being advised that the Government does not object, and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

The Condition of $100,000 Security Cash or Property shall by Secured by Defendant, Fabiola Cino, through a Confession of Judgment in the Loudoun County, Virginia Circuit Court for $100,000 of the equity of her shared home with Alvaro Lopez. The address of the home is 42692 Latrobe Street, Chantilly, Virginia 20152. Legal Description, Section, Block, and Lot: SOUTH RIDING SEC.58 L.34 200808200050569.

    IMPORTANT NOTICE

    THIS INSTRUMENT CONTAINS A CONFESSION OF JUDGMENT PROVISION WHICH CONSTITUTES A WAIVER OF IMPORTANT RIGHTS YOU MAY HAVE AS A DEBTOR AND ALLOWS THE CREDITOR TO OBTAIN A JUDGMENT AGAINST YOU WITHOUT ANY FURTHER NOTICE.

DONE AND ORDERED in New York, New York this  14th  day of June, 2023.
The Clerk of Court is directed to terminate Doc. #86.

_____
JESSE M. FURMAN
United States District Judge