UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 23-CR-133 JMF

UNITED STATES OF AMERICA,

    Plaintiff,

v.
FABIOLA CINO
~~LARS WINKELBAUER, et al.,~~

    Defendants.
_____/

## ORDER GRANTING MOTION FOR AN EXTENSION OF TIME FOR BOND CONDITIONS

THIS CAUSE came before the Court upon Defendant, Fabiola Cino's Unopposed Letter Motion for an extension of time to secure the $100,00 cash or property condition of her bond. The Court having considered the record, being advised that the Government does not object, and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

Defendant, Fabiola Cino, shall have up through and including, June 23, 2023 to secure the $100,000 cash or property condition of her bond.

DONE AND ORDERED in New York, New York this __14th__ day of June, 2023.

The Clerk of Court is directed to terminate Doc. #87.

_____
JESSE M. FURMAN
United States District Judge

1