

Jacqueline M. Arango

Akerman LLP
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, FL  33131

T: 305 374 5600
F: 305 374 5095
DirF: 305 349 4655
jacqueline.arango@akerman.com

July 14, 2023

**VIA CM/ECF**
Honorable Jesse M. Furman, District Judge
United States District Court, Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

      **Re:**   *USA v. Winkelbauer, et al.*, **USDC, Southern District of New York**
            **Case No. 23-cr-133-JMF**

Dear Judge Furman:

    We represent Fabiola Cino in the above-referenced matter.  Please take notice that on July 10, 2023, this Honorable Court approved via Memo Endorsement [DE99], the release of the Cash Bond in the amount of $25,000 for Defendant, Fabiola Cino. The Finance Office has requested we obtain an additional Memo Endorsement specifically stating to whom the funds are to be released as indicated below:

    The Clerk of the United States District Court for the Southern District of New York is instructed to release the Cash Bond to Gateway Cargo Consolidators LLP via direct deposit. The confidential banking information of Gateway Cargo Consolidators LLP to be provided to the Clerk of Court by counsel for the Defendant on Form AO213P.

    We have conferred with the AUSAs Reilly and Kudla, who are copied here and have confirmed that the Government has no objection to this request.

                                      Respectfully submitted,

                                      */s/ Jacqueline M. Arango*

                                      Jacqueline M. Arango

JMA:mh

Application GRANTED. The Clerk of Court is directed to terminate Doc. #100. SO ORDERED.

July 17, 2023

akerman.com
71605965;1