

Jacqueline M. Arango

Akerman LLP
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, FL  33131

T: 305 374 5600
F: 305 374 5095
DirF: 305 349 4655
jacqueline.arango@akerman.com

September 28, 2023

**VIA CM/ECF**

Honorable Jesse M. Furman, District Judge
United States District Court, Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *USA v. Winkelbauer, et al.*, USDC, Southern District of New York
      Case No. 23-cr-133-JMF

Dear Judge Furman:

  We represent Fabiola Cino in the above-referenced matter. We respectfully request a change of Ms. Cino's bond conditions to allow her to travel to the District of Maryland, Western District of Virginia, and District of Columbia.  This would be in addition to the Eastern District of Virginia and Southern District of Florida, which are already part of her Bond Conditions. Additionally, Ms. Cino's main residence is now at her home in Virginia and she will periodically visit her home in Miami.

  The reason for this request is that Ms. Cino needs to pick up customers and business partners at the area airports and visit businesses and warehouses in the tri-state area in connection with her work. We have received the consent of the U.S. Attorney's Office, as well as Pre-Trial Services Officer Jimmy Navarro.

          Sincerely,

         */s/ Jacqueline M. Arango*

         Jacqueline M. Arango

JMA:mh

         Application GRANTED.  The Clerk of Court is directed to terminate Doc. #126.

         SO ORDERED.

         September 28, 2023

akerman.com
72966330;1