

Jacqueline M. Arango

Akerman LLP
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, FL 33131

T: 305 374 5600
F: 305 374 5095
DirF: 305 349 4655
jacqueline.arango@akerman.com

January 25, 2024

**VIA CM/ECF**

Honorable Jesse M. Furman, District Judge
United States District Court, Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *USA v. Winkelbauer, et al.*, USDC, Southern District of New York
               Case No. 23-cr-133-JMF

Dear Judge Furman:

      We represent Fabiola Cino in the above-referenced matter. On December 29, 2023, this Court granted Ms. Cino's motion for permission to travel to Lima, Peru from January 12 – 26, 2024 to attend to her parents whom are both in their late 80's and in poor health. Ms. Cino's COPA airline flight which was due to return tomorrow, January 26, has been cancelled and rescheduled to February 3rd, which is the first available date. According to news sources, COPA airlines is experiencing cancellations because of airplane inspection difficulties and delays: https://www.copaair.com/en-gs/news/impact-in-copa-airlines-flights-due-boeing-and-faa-recommendation/. Accordingly, Ms. Cino requests a modification of her motion for permission to travel to allow for her return on February 3, 2024. Upon her return from Lima, Peru, she will surrender her passport back to Pre-Trial Services.

      We have conferred with AUSA Danielle Kudla and Pre-Trial Services Officer Nicole Andrews, who are copied here, and they have confirmed that they have no objection to this request.

Application GRANTED. The Clerk of Court is directed to terminate Doc. #192.

SO ORDERED.

*[signature]*

January 25, 2024

Sincerely,

*/s/ Jacqueline M. Arango*

Jacqueline M. Arango

akerman.com
74689080;1